AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2024

SEAN F. McAVOY, CLERK

CARL ALONZO BROOKS,

*Plaintiff*

v.

Lisa Robtoy, Lori Ramsdellgilkey, Elyse Balmert, Tateasha Davis, Melissa Andrewjeski, Nancy Tenney, Corey Endo, Timothy Johnson, Carey Huffman, Nino Elmore, Tammie Barajas, Cee Cee Kairos, Matthew Mcconaughay, Spike Lee, Jamie Foxx, Samuel L Jackson, Charles Barkley, Curtis 50cent Jackson, Kathleen Gallagher, Charles Link, Nichlas Allen, And Jane Doe Santania,

*Defendants*

Civil Action No. 4:24-CV-05028-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's First Amended Complaint, ECF No. 17, is DISMISSED with prejudice as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: 7/3/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz